In the Matter of the Claim of THOMAS BRODERICK, Respondent, against GEORGE COLON & Co., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 6, 1931; decided February 10, 1931.)

*Frank L. Ward* for appellants.

*Hamilton Ward,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.